

# Summons

## Collection Information Statement

In the matter of __WMVG INC__
Internal Revenue Service (Identify Division) __Small Business / Self Employed__
Industry/Area (Identify by number or name) __Small Business / Self Employed - Area 25__
Periods: __See Attachment 1 to Summons Form 6637 for Period Information__

**The Commissioner of Internal Revenue**

**To:** __WR BEASLEY__
**At:** __1250 CHARLESTON ST, MILLEDGEVILLE GA 31059__

You are hereby summoned and required to appear before __ARLESHIA PETTIGREW__, an Internal Revenue Service (IRS) officer, and/or his or her designee, to give testimony and to bring for examination the following information related to the collection of the tax liability of the person identified above for the periods shown:

All documents and records you possess or control regarding assets, liabilities, or accounts held in the taxpayer's name or for the taxpayer's benefit which the taxpayer wholly or partially owns, or in which the taxpayer has a security interest. These records and documents include but are not limited to: all bank statements, checkbooks, canceled checks, saving account passbooks, records or certificates of deposit for the period:

From __APRIL 1, 2008__ To __DECEMBER 31, 20009__

Also include all current vehicle registration certificates, deeds or contracts regarding real property, stocks and bonds, accounts, notes and judgments receivable, and all life or health insurance policies.

IRS will use this information to prepare a Collection Information Statement. We have attached a blank statement to guide you in producing the necessary documents and records.

---

**Do not write in this space**

---

Business address and telephone number of IRS officer before whom you are to appear:

__640 NORTH AVE BLDG C SUITE 100, BACONSFIELD OFFICE PARK, MACON, GA 31201- - (478)752-6795__

Place and time for appearance: At __640 NORTH AVE BLDG C SUITE 100, BACONSFIELD OFFICE PARK, MACON, GA 31201-__

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 6637 (Rev.10-2006)
Catalog Number 25000Q

on the __23rd__ day of __April__, __2010__ at __09:30__ o'clock __A__ m.

Issued under authority of the Internal Revenue Code this __11th__ day of __March__, __2010__

__ARLESHIA PETTIGREW__
Signature of issuing officer

__REVENUE OFFICER__
Title

Signature of approving officer (if applicable)

Title

**Original -- to be kept by IRS**



# Certificate of Service of Summons

(Pursuant to section 7603, Internal Revenue Code)

**I certify that I served the summons shown on the front of this form on:**

| Date | Time |
|---|---|
| March 11, 2010 | 12:45 p.m. |

**How Summons Was Served**

☑ I handed an attested copy of the summons to the person to whom it was directed.

W R Beasley

☐ I left an attested copy of the summons at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person *(if any)*.

| Signature | Title |
|---|---|
| [signature] | Revenue Officer |

**I certify that the copy of the summons served contained the required certification.**

| Signature | Title |
|---|---|
| [signature] | Revenue Officer |

Catalog No. 25000Q                               Form **6637** (Rev. 10-2006)

# Attachment 1 to Summons Form 6637

In the matter of  **WR BEASLEY**

Period information: 200806, 200809, 200812, 200903, 200906, 200909